UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Keron Heslin-Kim, Individually, et al, | ) | C/A No.: 9:04-23197-23 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Cigna Group Insurance, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 17, 2005, this court issued an Order granting plaintiff's motion to amend complaint filed on April 18, 2005, in the above referenced matter due to defendant's failure to file a response.   The court has now determined that defendant did file a response in opposition to plaintiff's motion to amend on May 3, 2005, as part of its memorandum in support of a motion for partial summary judgment.  Therefore given the fact that defendant has filed a response to the motion to amend complaint, the court will reconsider its Order. Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on May 17, 2005, granting plaintiff's motion to amend complaint in the above named  matter is herewith vacated.

**AND IT IS SO ORDERED.**

                                                     **S/PATRICK MICHAEL DUFFY**
                                                     **PATRICK MICHAEL DUFFY**
                                                     **United States District Judge**

Charleston, South Carolina
May 24, 2005